UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BETSY LAVALLE, an individual,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: | FILED: AUGUST 6, 2008<br>08CV4424<br>JUDGE DARRAH<br>MAGISTRATE JUDGE SCHENKIER<br><br>JFB |

### NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiffs identify below their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of Fox Entertainment Group, Inc., a publicly traded U.S. corporation.

|  |  |
|---|---|
|  | COLUMBIA PICTURES INDUSTRIES, INC.; and TWENTIETH CENTURY FOX FILM CORPORATION |
| DATED: August 6, 2008 | By: /s/ Sharon A. Ceresnie<br>Douglas N. Masters<br>Sharon A. Ceresnie<br>LOEB & LOEB LLP<br>321 North Clark Street<br>Chicago, IL 60654<br>Phone: (312) 464-3100<br>Fax:   (312) 464-3111<br>dmasters@loeb.com<br>sceresnie@loeb.com |

2