AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,

CASE NUMBER: 08CV4424

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

JFB

V.

BETSY LAVALLE, an individual.

TO: Betsy Lavalle, 920 Congress St , Ottawa, Illinois 61350

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Douglas N. Masters
Sharon A. Ceresnie
LOEB & LOEB LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654

Phone: (312) 464-3100
Fax:    (312) 464-3111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

**Michael W. Dobbins, Clerk**

*[signature: Cynthia Mercado]*

-----------------------------------
**(By) DEPUTY CLERK**

-----------------------------------
**August 6, 2008**
Date

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  8/18/08 AT 8:32P.M |
| NAME OF SERVER (PRINT)  BRIAN W. CHERIPESKE | TITLE  LICENSED PRIVATE DETECTIVE LIC#115-001689  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served  920 CONGRESS ST., OTTAWA, IL 61350

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/08
Date

*Signature of Server*  Brian W. Cheripeske

740 EDWARDS AVE, LASALLE, IL 61301
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure